RECEIVED
CLERK'S OFFICE

2013 NOV 25 PM 2:48

U.S. DISTRICT COURT
MIDDLE DIST. OF GEORGIA
MACON, GEORGIA

APPENDIX A
COMPLAINT FORMAT

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
_____ DIVISION

5:13-CV-449

Glentarius Williams
**Plaintiff**

427 State Univ. Drive
Fort Valley, GA 31030

vs.

Fort Valley State Univ.
**Defendant**

1005 State Univ. Drive
Fort Valley, GA 31030

## COMPLAINT
(Double space text of complaint)

**Now comes the above plaintiff and shows the Court the following:**

1.

(Show plaintiff's residence or address.)

2.

(Show defendant(s) address(es).)

3.

(State briefly your legal claim or your reason for filing suit. Include the statute under which the suit is filed.)

28 U.S.C. 1348

The defendant refused to let the plaintiff receive an Education at a federally funded public Institution.

APPENDIX A (Contd)
COMPLAINT FORMAT

4.

(Give a brief, concise statement of the specific facts involved in your case.)

5.

(State the relief you are requesting.)

_Deentarw Willim_
(Signature and date)

427 State Univ. Drive
(Address)

(478) 951- 8147
(Phone Number)

Glentarius Williams

Acts committed   10-25-2013

**1. Compass Placement test: Given by the fort Valley State Testing services.** This is a test administered before someone can enroll in a university.

I It was taken july 2010 it was altered. The form is attached.

**2. The board of regents given Fall of 2010**: Board of regents of the University system of Georgia.

Test that is needed for graduation

**3. The Board of regents exam two given Aprril 21 2011**: Test needed for graduation form attached

**4. Dr. Wilcox. Fall 2010 and spring 2011** Correct answers were sometimes not on the test and altered my math lab a computerized math class needed to pass.

**5 Compisition 1 ella Williams.** Unreasonable tasks and inaccurate analysis of work.

**6. Intro to univ.** regina ivory I failed the class they did not take roll every period and they gave only one group assignment.

**7. Clarence riley:** He told me he was told to give me a c when I confronted him and I made an A in the class.

**Fall 2011**

**8. Bio 1107:** She would administer test and the correct answers would not be on the test.

**Spring 2011**

**Bio 1108.** Unreasonable task Malinda Davis

**Spring 2012**

**Professor trimble. I would turn in assignments online and he would say in did not get them/**

**Proffesor mark smith inaccurate depiction of work**

**Fall 2013 to present**

**Profesor Martin and qualls**

Most of the professors I have named would alter test scores given on scantron or would not email me assignments when they did mass emails or texts to other students I felt Left out and singled out among other things One of these professors also told me where the violations to the three tests I will speak of are.

Glentarius Williams

Additional complaint pages.

It has been brought to my attention that I am being denied fair or equal protection of the law in getting an education at the federally funded state secondary institution Fort Valley State University. During my time at Fort Valley State I have speculated that I had been receiving unfair or bias treatment. After collecting information, confronting several of the institutions professors and administration alike it was confirmed that I would only be allowed to continue to enroll and also graduate because they had no choice. After collecting information as to why I would not be able to receive a fair education or graduate from a public institution. I was informed that I received a passing grade on a state issued standardize test conducted by the compass and Georgia board of regents and that someone went into the system altering both scores giving me a failing grade of 60 on the reading exam from the board of regents not allowing me to graduate or receive an education . After having passed the test I was then given a second regents exam several months later passing it for the second time. Hearsay I have become aware that I made  perfect score. This test score was also altered giving me an inaccurate representation of the exam. I was only giving the subpar grade because the institution could not get either of the scores out of the system using trained technicians. Along with these facts of inadequate or misrepresentation on three distinct tests that consist over a span of time I concluded that not only am I being singled out But that the institution has a personal vendetta against me that borders hatred due to the widespread corruption. After confronting several professors as to why I was I was given failing grades on class test and treated unfairly they gave vague or unclear answers because of the institutions fore mentioned

actions. After talking with several department heads and heads of administration alike I was advised that if that is the way I felt to take legal action. I am personally aware That Fort Valley State University Violated my civil rights and several statutes consistently bringing me to this point. After not having passed several class tests along with failing the regents exam I was devastated and felt as if I did not belong in a collegiate institution. I was destroyed mentally, emotionally, and I was physically tired. Many professors would give unreasonable tasks in the hopes of not finishing which was deflating. My educationally experience at Fort Valley state was horrible and no one else should experience this type of behavior. I was isolated and singled out and it is my belief that not only is it the institutions intention to undermine my academic paralysis and not let me receive an education but to degrade me as a human being. In which I believe goes far beyond receiving an adequate education. My self-esteem was destroyed I was embarrassed. What the Institution did was immoral, unethical and illegal.

    I am seeking to punish those responsible under federal law that holds them responsible. I am seeking Retribution for psychologically deterioration, emotion instability/ distress. I am also aware that I was deprived of federal funds and that the institution used federal funds improperly. I was denied life, liberty and the pursuit of happiness and time that I cannot get back. In addition to law enforcement and being compensated for these things. I am also seeking punitive damages with the overwhelming evidence of the degrading of human life and disregard for the law. I am a believer that the evidence will show that I was singled out and that the institution showed hatred against me with consistent negative acts. I asked that the University be punished as a whole. I also ask the court that compass and Board of regents be made aware of the negligent and egregious acts and that educational criterion is not being met

at Fort Valley State University. I would also like to hold them accountable if the evidence permits.

Much of the evidence will show that beyond a doubt that fort Valley State conspired to refuse to give me an education and that they deprived me of life. I am seeking to recovery property, relief and the recovery of damages. In the amount of $100 million dollars.

COMPASS/ESL Standard Individual Report                                                                 Page 1 of 2

**Fort Valley State University**

**Glentarius t. Williams** • ID: 910105844          * PLacement Reading, Writing, Math
427 state Univ. Drive • Fort Valley, GA 31030     Taken Jul 09, 2010 at Testing Services Center
4788255731                                         Session #6983169, Total Time 02:52:50
williamsglen88@yahoo.com

## Student Background and Educational Plans                                  (Time: 00:05:01)

| | | | |
|---|---|---|---|
| English First Lang: | Yes | Certificate Plan: | Degree |
| TT: | Placement | TT-2: | Four-year degree program |
| TT-3: | YES | TT-4: | None |
| TT-5: | No | | |

|  | High School | | After High School | |
|---|---|---|---|---|
| Subjects | Years Studied | Last Grade Received | Years Studied | Last Grade Received |
| English: | 4 | C | | |
| Business Math: | 0 | | | |
| Algebra: | 1 | C | | |
| Calculus: | 0 | | | |
| Science: | 3 | B | | |
| Foreign Language: | 1 | C | | |
| Computer Skills: | 0 | | | |
| Vocational Skills: | 0 | | | |

## COMPASS Reading Placement Test                                             (Directions Time: 00:01:25)

| Placement Test | Score | Test Time | Note |
|---|---|---|---|
| COMPASS Reading | 88 | 01:17:00 | Placement Domain |

General Recommendations:
The student has met the required score (76) to exit learning support reading.

## COMPASS Writing Skills Placement Test                                      (Directions Time: 00:04:02)

| Placement Test | Score | Test Time | Note |
|---|---|---|---|
| COMPASS Writing Skills | 74 | 00:54:07 | Placement Domain |

General Recommendations:
The student has met the required score of 60 to exit learning support writing.

## COMPASS Math Placement Test                                                (Directions Time: 00:00:38)

| Placement Test | Score | Test Time | Note |
|---|---|---|---|
| Algebra | 31 | 00:30:35 | Placement Domain |

General Recommendations:
The student has scored less than the required minimum score (37) in mathematics. The student must see an advisor in the Learning Support Program for additional information.

7/9/2010

# The Regents' Testing Program

Board of Regents of the University System of Georgia
Fort Valley State University – Testing Services Center – Room 215, Peabody Hall – Fort Valley, GA 31030 - Phone (478) 825-6384 – Fax (478) 825-6442

*********************************************************************

Name: Williams, Glentarius T.
Date: April 21, 2011

## Report of Test Scores
### Spring Semester 2011

| READING SCORE | PASSED READING | ESSAY SCORE | PASSED ESSAY | SATISFIED REGENTS' REQUIREMENT |
|---|---|---|---|---|
| 66 | YES | * | YES | YES |

"Yes" in a score field indicates satisfaction of a Regents' Test component.
"No" in a score field indicates failure to satisfy a Regents' Test component.
An asterisk (*) indicates passed as a result of a previous administration.
"Exempted" indicates a satisfaction of the requirement(s) by national ACT, SAT scores, AP credits, or a combination of test scores and English 1101 grade on file.

| How to interpret your scores: |
|---|
| *Reading Score* – derived by translating the total raw score (number right) to Rasch score scale with a range from 0 to 99. The minimum passing score on this is 61.<br><br>*Essay Score* – each essay is graded independently by three raters. Raters use a three-point scale. A "3" on the scale indicates superior performance, a "2" means clearly passing, and a "1" is a failing performance. The final essay score is usually the rating on which at least two out of three raters agree. Therefore, no essay can receive a failing grade unless at least two of the three raters have given it a failing grade.<br><br>*Satisfied Regents' Requirement* – You must pass **BOTH** the reading and the essay parts of the Regents' Test to satisfy the Regents' requirement.<br><br>**NOTE:** The indication of the Regents' requirement satisfied ("YES") may be voided if you have 45 or more earned credit hours and receive a "U" grade or were not enrolled in RGTR and/or RGTE. |

### **IMPORTANT NOTICE**

If you have *NOT* passed both parts of the Regents' Test *and* you have earned 45 or more credit hours, you are required to: (1) enroll and "satisfy" the appropriate Regents' remedial course(s) (RGTE and/or RGTR) every semester until you pass the test; and (2) register to take the next Regents' Test with Testing Services Center located in Room 215, Peabody Hall. In addition, you will be restricted to a specific reduced number of semester credit hours until you satisfy the requirements of the Regents' Test.

If you are a <u>newly enrolled student (first semester), or a continuing student (second or more attempts, but with less than 45 earned credit hours),</u> who was unsuccessful at passing one or both parts of the Regents' Test, depending upon your score, you will be required to participate in a specified institutional or state remediation course (see enclosures).

# Display Transcript

910105844 Glentarius T. Williams
Nov 25, 2013 09:54 am

 This is NOT an official transcript. Courses which are in progress may also be included on this transcript.

Institution Credit   Transcript Totals   Courses in Progress

*Transcript Data*
**STUDENT INFORMATION**

**Birth Date:**     Nov 07, 1985
**Student Type:**   Continuing
**Curriculum Information**

**Current Program**
**Major and Department:**   Psychology, Behavior Science

***Transcript type:ADVS is NOT Official ***

**DEGREES AWARDED**

**Sought:** Bachelors Business Administrat     **Degree Date:**

**Curriculum Information**

**Primary Degree**
**Major:**          Management

**Sought:** Bachelors of Arts    **Degree Date:**
**Curriculum Information**

**Primary Degree**
**Major:**          Psychology

**INSTITUTION CREDIT    -Top-**

**Term: Fall 2010**
**Major:**              Management
**Academic Standing:**  ACADEMIC PROBATION

| Subject | Course | Level | Title | Grade | Credit Hours | Start and End Dates | R |
|---------|--------|-------|-------|-------|--------------|---------------------|---|
| COMM | 1110 | US | PUBLIC SPEAKING | C | 3.000 | | |
| ENGL | 1101 | US | COMPOSITION I | F | | | E |

| Subject | Course | Level | Title | Grade | Credit Hours | Start and End Dates | R |
|---|---|---|---|---|---|---|---|
| FVSU | 0100 | US | INTRO TO UNIV/BUSINESS | F | 3.000 | | E |
| MATH | 0099 | US | DEV. INTERM/ALGEBRA | F# | 1.000 | | |
| PEDW | 2522 | US | PERSON AND COMM HLTH | C | 3.000 | | |
| | | | | | 2.000 | | |

**Term Totals (Undergraduate Semester)**

| | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| **Current Term:** | 12.000 | 8.000 | 5.000 |
| **Cumulative:** | 12.000 | 8.000 | 5.000 |

Unofficial Transcript

**Term: Winter/Spring 2011**
**Major:** Management
**Academic Standing:** GOOD STANDING

| Subject | Course | Level | Title | Grade | Credit Hours | Start and End Dates | R |
|---|---|---|---|---|---|---|---|
| ENGL | 1101 | US | COMPOSITION I | B | 3.000 | | I |
| HIST | 1111 | US | SURV WRLD CIV ERLY MODERN | B | 3.000 | | |
| MATH | 0099 | US | DEV. INTERM/ALGEBRA | C# | 3.000 | | |
| PSYC | 1101 | US | GENERAL PSYCHOLOGY | A | 3.000 | | |

**Term Totals (Undergraduate Semester)**

| | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| **Current Term:** | 12.000 | 12.000 | 9.000 |
| **Cumulative:** | 24.000 | 20.000 | 14.000 |

Unofficial Transcript

**Term: Fall 2011**
**Term Comments:** CHANGE OF GRADE: FVSU 0100
**Major:** Psychology
**Academic Standing:** GOOD STANDING

| Subject | Course | Level | Title | Grade | Credit Hours | Start and End Dates | R |
|---|---|---|---|---|---|---|---|
| BIOL | 1107K | US | PRINCIPLES OF BIOLOGY I | C | 4.000 | | |
| ENGL | 1102 | US | COMPOSITION II | C | | | |

| Subject | Course | Level | Title | Grade | Credit Hours | Start and End Dates | R |
|---|---|---|---|---|---|---|---|
| FVSU | 0100 | US | INTRO TO UNIV/BEHAVIORAL SCI | A | 3.000 | | I |
| PHIL | 2000 | US | INTRO TO PHILOSOPHY | C | 1.000 | | |
| POLS | 1101 | US | AMERICAN GOVERNMENT | B | 3.000 | | |
| SOCI | 2008 | US | CULTURAL DIVERSITY | B | 3.000 | | |
|  |  |  |  |  | 2.000 | | |

**Term Totals (Undergraduate Semester)**

|  | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| **Current Term:** | 16.000 | 16.000 | 16.000 |
| **Cumulative:** | 40.000 | 36.000 | 30.000 |

Unofficial Transcript

**Term: Winter/Spring 2012**
**Term Comments:** ACADEMIC PROBATION
**Major:** Psychology
**Academic Standing:** ACADEMIC PROBATION

| Subject | Course | Level | Title | Grade | Credit Hours | Start and End Dates | R |
|---|---|---|---|---|---|---|---|
| BIOL | 1108K | US | PRINCIPLES OF BIOLOGY II | F | 4.000 | | |
| CRJU | 2000 | US | INTRO CRIMINAL JUSTICE | D | 3.000 | | |
| HIST | 2111 | US | US HIS TO PST CV WAR | F | 3.000 | | |
| MATH | 1111 | US | COLLEGE ALGEBRA | D | 3.000 | | |

**Term Totals (Undergraduate Semester)**

|  | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| **Current Term:** | 13.000 | 13.000 | 6.000 |
| **Cumulative:** | 53.000 | 49.000 | 36.000 |

Unofficial Transcript

**Term: Fall 2012**
**Major:** Psychology
**Academic Standing:** GOOD STANDING

| Subject | Course | Level | Title | Grade | Credit Hours | Start and End Dates | R |
|---|---|---|---|---|---|---|---|
| CRJU | 2100 | US | INTRO TO CORRECTIONS | A | | | |

| Subject | Course | Level | Title | Grade | Credit Hours |
|---|---|---|---|---|---|
| CRJU | 3010 | US | CRIMINAL LAW | C | 3.000 |
| SOCI | 1101 | US | INTRODUCTION TO SOCIOLOGY | D | 3.000 |
| SPAN | 1001 | US | ELEMENTARY SPANISH I | A | 3.000 |

**Term Totals (Undergraduate Semester)**

|  | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| **Current Term:** | 12.000 | 12.000 | 12.000 |
| **Cumulative:** | 65.000 | 61.000 | 48.000 |

Unofficial Transcript

**Term: Winter/Spring 2013**
**Term Comments:** ACADEMIC PROBATION
**Major:** Psychology
**Academic Standing:** ACADEMIC PROBATION

| Subject | Course | Level | Title | Grade | Credit Hours | Start and End Dates | R |
|---|---|---|---|---|---|---|---|
| BHSC | 2300 | US | BEHAVIORAL STATS | C | 3.000 | | |
| CRJU | 3000 | US | BASIC LAW ENFORCEMENT | D | 3.000 | | |
| CSCI | 1153 | US | INTRO TO COMPUTERS | F | 3.000 | | |
| ENGL | 2111 | US | WORLD LITERATURE | F | 3.000 | | |
| MILS | 1120 | US | BASIC LEADERSHIP | B | 1.000 | | |

**Term Totals (Undergraduate Semester)**

|  | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| **Current Term:** | 13.000 | 13.000 | 7.000 |
| **Cumulative:** | 78.000 | 74.000 | 55.000 |

Unofficial Transcript

**TRANSCRIPT TOTALS (UNDERGRADUATE SEMESTER)**    -Top-

|  | Attempt Hours | Passed Hours | Earned Hours |
|---|---|---|---|
| **Total Institution:** | 78.000 | 74.000 | 55.000 |
| **Total Transfer:** | 0.000 | 0.000 | 0.000 |

**Overall:**
                78.000    74.000    55.000

Unofficial Transcript

## COURSES IN PROGRESS    -Top-

Term: Fall 2013
Major:  Psychology

| Subject | Course | Level | Title | Credit Hours | Start and End Dates |
|---|---|---|---|---|---|
| CRJU | 3004 | US | THEORIES | 3.000 | |
| CRJU | 3030 | US | EVIDENCE | 3.000 | |
| CRJU | 3060 | US | RESEARCH METHODS | 3.000 | |
| CRJU | 3100 | US | CRIMINAL INVESTIGATION | 3.000 | |
| MILS | 2210 | US | INDIVIDUAL LEADERSHIP STUDIES | 2.000 | |

Unofficial Transcript

Term: Winter/Spring 2014
Major:  Psychology

| Subject | Course | Level | Title | Credit Hours | Start and End Dates |
|---|---|---|---|---|---|
| CRJU | 3005 | US | COMM. POLICE | 3.000 | |
| CRJU | 3016 | US | FORENSICS I | 3.000 | |
| CRJU | 4070 | US | CRIMINAL JUSTICE SEMINAR | 3.000 | |
| FVSU | 0100 | US | INTRO TO UNIV (ORI)/SOCIAL SC | 1.000 | |
| MILS | 2920 | US | LEADERSHIP | 2.000 | |
| MILS | 2920L | US | LEADERSHIP LAB | 0.000 | |

Unofficial Transcript

## RELEASE: 8.4.1